[No. 69238-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN SHELBY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08217-1, James D. Cayce, J., entered August 24, 2012. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Becker and Lau, JJ.

[No. 69258-5-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEY MICHAEL WAYLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01292-6, Monica J. Benton, J., entered August 21, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach, C.J., and Cox, J.

[No. 69306-9-I.   Division One.   March 10, 2014.]

DAMON TULIP, *Appellant*, v. SERVICE CORPORATION INTERNATIONAL ET AL., *Respondents*.

The unpublished opinion in the above captioned case was withdrawn by order of the Court of Appeals dated April 21, 2014. Substitute opinion filed. See 180 Wn. App. 1029.

[No. 69308-5-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ANTHONY DIGERLAMO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05791-1, Lori Kay Smith, J., entered August 31, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Becker, J.